# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3419

_____

Starsha Monet Sewell,     *
    *
         Appellant,     *
    *    Appeal from the United States
      v.     *    District Court for the
    *    Eastern District of Missouri.
Vatterott Educational Centers, Inc.,     *
    *    [UNPUBLISHED]
         Appellee.     *

_____

Submitted: May 14, 2012
Filed: June 5, 2012

_____

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Starsha Sewell appeals the district court's[1] adverse grant of summary judgment in her action asserting discrimination and retaliation claims against her former employer. Upon careful de novo review, see Anderson v. Durham D & M, L.L.C., 606 F.3d 513, 518 (8th Cir. 2010), we conclude that summary judgment was properly granted for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.